FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0239

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0239

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MERCEDES ANN-NICOLE BENNICK,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 10, 2024, within which to prepare, file, and serve the State's response brief.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2024